# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1:25-cv-09485-MMG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **First Manhattan Securities LLC,** | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The request to dismiss all claims against Defendant First Manhattan Securities LLC

WITH PREJUDICE and all counterclaims against Plaintiff Cedar Lane Technologies Inc.

WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED.

Dated: December 30, 2025
    New York, New York

_____
MARGARET M. GARNETT
United States District Judge